**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-CV-23364-GAYLES/REID**

**JUAN FRANCISCO VEGA,**

    Plaintiff,

v.

**CARLOS GIMENEZ,
MAYOR OF MIAMI-DADE
COUNTY, FLORIDA,**

    Defendant.

_____/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

**THIS CAUSE** comes before the Court on Magistrate Judge Lisette Reid's Report of Magistrate Judge ("Report") [ECF No. 17]. Plaintiff Juan Francisco Vega filed a *pro se* Civil Rights Complaint, pursuant to 42 U.S.C. § 1983, and was permitted to proceed *in forma pauperis*. [ECF Nos. 1 & 7]. The case was referred to Judge Reid for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). [ECF No. 2]. The Report recommended that the Complaint be dismissed without prejudice because Plaintiff has not plausibly alleged that he has standing. [ECF No. 17]. Plaintiff filed timely objections to the Report. [ECF No. 18].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded de novo review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which no specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v.*

*WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court, having reviewed the record de novo, agrees with Judge Reid's analysis and finding that Plaintiff has not plausibly alleged that he has standing.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Reid's Report and Recommendation [ECF No. 17] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2) Plaintiff's Complaint [ECF No. 1] is **DISMISSED** without prejudice. Plaintiff may file an Amended Complaint within thirty days if he can plausibly assert a non-speculative basis for injury;

(3) All pending motions are **DENIED** as moot;

(4) This case shall be **CLOSED** for administrative purposes.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of February, 2020.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE